AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*       DISTRICT OF    NEVADA

CURTIS L. WALKER,

      Plaintiff,     JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER: **3:08-cv-00495-LRH-VPC**

C/O KEBLER, et al.,

      Defendants.


___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the count 1 is DISMISSED for failure to state a claim for retaliation in violation of plaintiff's rights under the First Amendment. IT IS FURTHER ORDERED that count 2 is DISMISSED in accordance with the court's order of January 29, 2009, for failure to state a claim for sexual abuse.


  March 30, 2009                    **LANCE S. WILSON**
                                                              Clerk

                                                             /s/ Kalani Lizares
                                                              Deputy Clerk